UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____

AZEEM A. MODAK,

           Plaintiff,

   v.

UNITED STATES POSTAL SERVICE,

           Defendant.
_____

Case No. C05-143L

ORDER OF DISMISSAL

On February 14, 2005, the Court issued an order requiring the parties to file a Joint Status Report by March 28, 2005.  On March 16, 2005, the Court issued an amended order requiring the parties to file a Joint Status report by April 28, 2005.  On August 22, 2005, defendants filed a "Status Report" indicating that plaintiff informed defense counsel by telephone in March, 2005, that he would contact defense counsel upon his return to Seattle in April in time for the parties to meet the April 28, 2005 deadline.  According to defendant's status report, plaintiff had not, contrary to the Court's Order, made any attempt to contact defendants or negotiate a joint report.  Nor has plaintiff sought or obtained an extension of time in which to make the required submission.

On September 1, 2005 the Court issued an Order to Show Cause why sanctions, including dismissal of the above-captioned case, should not be imposed for failure to comply with the Order of March 16, 2005.  Plaintiff did not file a response to the Court's Order to Show Cause by the deadline of September 16, 2005.

ORDER OF DISMISSAL

1  Therefore, it is ORDERED that this case is DISMISSED without prejudice.

2

3  DATED this 29th day of September, 2005.

4

5

6  *signature*
   Robert S. Lasnik
   United States District Judge

ORDER OF DISMISSAL                    -2-